MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5
### For Deposit to Registry Fund

Debtor: DAVID AND CAROLYN QUICK

Chapter 7 Case No. 09-44299

Please Check One:

XXX   Unclaimed Dividends

_____ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 146.70 |

DATED: April 8, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)
09-315

Printed: 04/08/11 08:52 AM

# Stale Check Report

Page: 1

**Trustee:** Julia A. Christians (430040)
**Case:** 09-44299 - QUICK, DAVID J

| Account No. | Check No. | Issued | Payee | | Check Amount |
|---|---|---|---|---|---|
| 9200-02664307-66 | 135 | 04/08/11 | US BANKRUPTCY COURT REGISTRY FUNDS | | $146.70 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02664307-66 | 4 | 111 | 11/13/09 | 610 | FAIRVIEW HEALTH SERVICES<br>400 STINSON BLVD NE<br>MINNEAPOLIS MN, MN 55413-2614 | 145.80 | 145.80 | 145.80 | 145.80 |
| 9200-02664307-66 | 41 | 124 | 11/13/09 | 630 | FAIRVIEW HEALTH SERVICES<br>400 STINSON BLVD NE<br>MINNEAPOLIS MN, MN 55413-2614 | 0.90 | 0.90 | 0.90 | 0.90 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.